# United States Bankruptcy Court

## Northern District Of California

In re: West Contra Costa Healthcare District  
      dba Doctors Medical Center

Case No. _____

Debtor

Chapter 9

### LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

    Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, indicate that by stating "a minor child" and do not disclose the child's name. *See 11 U.S.C. § 112: Fed. R. Bankr. P. 1007(m).*

**The Debtor's accounts payable information for Third Quarter 2006 is incomplete. The Debtor is transferring its accounts payable information to a new software system. The prior system is incompatible with the new system. As a result, the Debtor's accounts payable information is not current. The Debtor will amend this List of Creditors Holding 20 Largest Unsecured Claim once the accounts payable information has been updated.**

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | | | (5) Amount of claim (if secured also state value of security} |
|---|---|---|---|---|---|---|
| | | | CONTINGENT | UNDISPUTED | DISPUTED | |
| Medtronic Inc.<br>P. O. Box 848086<br>Dallas, TX 75284-8086 | | Trade Debt | | | X | $958,791.03 |
| Tenet HealthSystem<br>Attention Scott Ramsey<br>13737 Noel Road, Suite 100<br>Dallas, TX 75240 | | Trade Debt | | | X | $904,890.00 |

{00259558.DOC v 1}

Page 1 of 5

{00259558.DOC v 1}

Page 1 of 5

| (1)<br>Name of creditor and complete mailing address including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | | | (5)<br>Amount of claim (if secured also state value of security} |
|---|---|---|---|---|---|---|
| | | | CONTINGENT | UNDISPUTED | DISPUTED | |
| World Health<br>P. O. Box 404118<br>Atlanta, GA   30384-4118 | | Trade Debt | | | X | $295,408.77 |
| Owens & Minor Inc.<br>P. O. Box 841420<br>Dallas, TX   7584101420 | | Trade Debt | | | X | $269,329.22 |
| Total Renal Care Inc./Renal Treatment Center<br>P. O. Box 403008<br>Atlanta, GA   30384-3008 | | Trade Debt | | | X | $244,800.00 |
| Healthcare Financial Solutions<br>  c/o Principal Financial Group<br>55 Shuman Boulevard<br>Suite 200<br>Naperville, IL   60563 | | Trade Debt | | | X | $181,017.06 |
| Key Government Finance, Inc.<br>P. O. Box 1187<br>Englewood, CO   80150-1187 | | Trade Debt | | | X | $153,326.97 |
| Boston Scientific<br>P.O. Box 910916<br>Pasadena, CA   91110-0916 | | Trade Debt | | | X | $148,543.50 |
| Inpatient Consultants of CA, Inc.<br>Attention:  Jeffrey Frank, MD<br>P.O. Box 92284<br>Los Angeles, CA   90009 | | Trade Debt | | | X | $141,001.00 |
| Spheris Corporation<br>13552 Collections Center Drive<br>Bank of America Lockbox 013552<br>Chicago, IL   60693 | | Trade Debt | | | X | $$134,056.73 |
| Agostini & Associates<br>P.O. Box  881774<br>San Francisco, CA   94188-1774 | | Trade Debt | | | X | $125,983.44 |

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | | | (5) Amount of claim (if secured also state value of security) |
|---|---|---|---|---|---|---|
| | | | CONTINGENT | UNDISPUTED | DISPUTED | |
| CMRE Financial Services, Inc.<br>3350 E. Birch Street<br>Suite 200<br>Brea, CA 92821 | | Trade Debt | | | X | $120,902.52 |
| McKesson Drug Co.<br>P.O. Box 848442<br>Dallas, TX 75284-8442 | | Trade Debt | | | X | $118,051.28 |
| Healthcare Recoveries<br>c/o Principal Financial Group<br>55 Shuman Boulevard<br>Suite 200<br>Naperville, IL 60563 | | Trade Debt | | | X | $102,630.04 |
| Integrated Incare Medical Group<br>2101 Vale Road<br>Suite 300<br>San Pablo, CA 94806 | | Trade Debt | | | X | $ 77,227.16 |
| McKesson Info Solutions<br>P.O. Box 98347<br>Chicago, IL 60693-8347 | | Trade Debt | | | X | $ 76,702.01 |
| Dell Marketing, LP<br>P.O. Box 910916<br>Pasadena, CA 91110-0916 | | Trade Debt | | | X | $ 75,875.59 |

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | | | (5) Amount of claim (if secured also state value of security} |
|---|---|---|---|---|---|---|
| | | | CONTINGENT | UNDISPUTED | DISPUTED | |
| Angelica Textile Services<br>1409 W. 4th Street<br>Antioch, CA 94509 | | Trade Debt | | | X | $ 73,529.76 |
| Beta Healthcare Group<br>1443 Danville Boulevard<br>Alamo, CA 94507-1911 | | Trade Debt | | | X | $ 70,808.84 |
| Impac Medical Systems, Inc.<br>100 Evelyn Avenue<br>Mountain View, CA 94041 | | Trade Debt | | | X | $ 70,199.26 |

Date: September 29, 2006

Debtor: West Contra Costa Healthcare District
dba Doctors Medical Center

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| In re ) | |
| ) | Case No. _____ |
| West Contra Costa Healthcare ) | |
| District dba Doctors Medical Center ) | |
| ) | Chapter 9 |
| Debtor. ) | |
| ) | |
| Federal Tax I.D. No. 94-6003145 ) | |
| ) | |

      I, Irwin C. Hansen, Chief Executive Officer of West Contra Costa Healthcare District dba Doctors Medical Center, named as the Debtor in this case, declare under penalty of perjury that I have read the foregoing <u>List of Creditors Holding 20 Largest Unsecured Claims</u> and that it is true and correct to the best of my information and belief.

Dated: September 29, 2006

                      /s/ Irwin C. Hansen
                      West Contra Costa Healthcare District
                        dba Doctors Medical Center
                      By: Irwin C. Hansen, Chief Executive Officer