MINNIE LOO, Assistant United States Trustee, (SBN 106613)
MARGARET H. MCGEE (SBN 142722)
MATTHEW R. KRETZER (SBN 157949)
LAURENT CHEN (SBN 191661)
UNITED STATES DEPARTMENT OF JUSTICE
Office of the United States Trustee
1301 Clay Street, Suite 690N
Oakland, California 94612-5231
Telephone: (510) 637-3200

Attorneys for Acting United States Trustee
SARA L. KISTLER

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

In re ) Case No. 06-41774 T
)
WEST CONTRA COSTA HEALTHCARE ) Chapter 9
DISTRICT, dba DOCTORS MEDICAL )
CENTER SAN PABLO/PINOLE )
)
                    Debtor.         )

**APPOINTMENT AND NOTICE OF APPOINTMENT UNDER**
**11 U.S.C. § 1102(a)(2) AS INCORPORATED BY 11 U.S.C. § 901(a) OF**
**PROVISIONAL COMMITTEE OF CREDITORS**
**HOLDING UNSECURED CLAIMS**

NOTICE IS HEREBY GIVEN that pursuant to the Order Authorizing United States Trustee to Appoint Provisional Committee of Unsecured Creditors entered on October 13, 2006 and pursuant to 11 U.S.C. § 1102(a)(2) as incorporated by 11 U.S.C. § 901(a), the United States Trustee hereby appoints the creditors, whose names are set forth in Exhibit "1" attached hereto, to serve on the Provisional Committee of Creditors holding unsecured claims.

NOTICE is also hereby given that the services of this Provisional Committee of Creditors shall terminate upon the appointment by the United States Trustee of an official committee of unsecured creditors pursuant to 11 U.S.C. § 1102(a)(1) as incorporated by 11 U.S.C. § 901(a).

Date: October 23, 2006                Respectfully submitted,

                                      /s/ Minnie Loo
                                      Minnie Loo
                                      Assistant United States Trustee

Appt. & Notice of Appt. of Provisional Committee of Creditors CASE: 06-41774T            1

PROVISIONAL CREDITORS' COMMITTEE UNDER 11 U.S.C. § 1102(A)(2)
INCORPORATED BY 11 U.S.C. § 901(A)
Case No. 06-41774

American Red Cross (Attn: Lori Polacheck, Senior Counsel)
2025 E. St. N.W.
Washington D.C. 20006
Tele: 202-303-5466
Fax: 202-303-0143
Email: polacheckl@usa.redcross.org

InPatient Consultants of California (Attn: Bryan Weiss, VP, Finance Business Operations)
4605 N. Lankershim Blvd., Suite 600
North Hollywood, CA 91602
Tele: 818-766-3502
Fax: 818-509-8186
Email: bweiss@ipcm.com

Key Government Finance, Inc.(Attn: Randall K. Garland, VP of Portfolio Management )
1000 South McCaslin Blvd.
Superior, CO 80027
Tele: 720-304-1249
Fax: 216-357-6463
Email: ron-k-garland@key.com

Medtronic USA, Inc. (Attn: Doug Ernst, Sr. Director Customer Financial Services)
3850 Victoria St. N MSV215
Shoreview, MN 55126
Tele: 793-514-0420
Fax: 793-367-1404
Email: doug.r.ernst@medtronic.com

McKesson Drug, Co.(Attn: Pamela M. Craik, Area Credit Manager)
3775 Seaport Blvd.
W. Sacramento, CA 95691
Tele: 916-373-5222
Fax: 916-373-5268
Email: Pamela.craik@mckesson.com

Owens & Minor, Inc.(Attn: Jason Jon Goncz, Accounting Manager)
6150 Las Positas Rd.
Livermore, CA 94551
Tele: 925-294-4276
Fax: 925-294-4248
Email: Jasongoncz@owens-minor.com

Spheris (Attn: Brian P. Callahan, CFO)
720 Cool Springs Blvd., Suite 200
Franklin TN 37067
Tele: 615-261-1551
Fax: 615-261-1792
Email: Bcallahan@Spheris.com

EXHIBIT 1

# CERTIFICATE OF SERVICE

In re: WEST CONTRA COSTA HEALTHCARE
Case No: 06-41774 T

I, the undersigned, declare as follows:

I am a citizen of the United States and over the age of eighteen (18) years and not a party to the within action. My business address is 1301 Clay Street, Suite 690N, Oakland, California 94612.

On October 23, 2006, I served, by mail a copy of the following document(s):

**APPOINTMENT AND NOTICE OF APPOINTMENT UNDER 11 U.S.C. § 1102(a)(2) AS INCORPORATED BY 11 U.S.C. § 901(a) OF PROVISIONAL COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS**

by enclosing a true and correct copy of said document(s) in an envelope with postage thereon fully prepaid, which envelope was then sealed and deposited in the United States mail at Oakland, California, addressed to each of the person(s) listed below:

**DEBTOR'S ATTORNEY:**
Andrea Porter
Friedman, Dumas and Springwater
150 Spear St., #1600
San Francisco, CA 94105

**PATIENT CARE OMBUDSMAN**
Ermel Don Doyle, Jr.
11504 Buffington St.
Bakersfield, CA 93312

**PROVISIONAL CREDITORS COMMITTEE**
American Red Cross
Attn: Lori Polacheck, Senior Counsel
2025 E. St. N.W.
Washington D.C. 20006

InPatient Consultants of California
Attn: Bryan Weiss, VP, Finance Business Operations
4605 N. Lankershim Blvd., Suite 600
North Hollywood, CA 91602

Key Government Finance, Inc.
Attn: Randall K. Garland, VP of Portfolio Management
1000 South McCaslin Blvd.
Superior, CO 80027

Medtronic USA, Inc.
Attn: Doug Ernst, Sr. Director Customer Financial Services
3850 Victoria St. N MSV215
Shoreview, MN 55126

McKesson Drug, Co.
Attn: Pamela M. Craik, Area Credit Manager
3775 Seaport Blvd.
W. Sacramento, CA 95691

Owens & Minor, Inc.
Attn: Jason Jon Goncz, Accounting Manager
6150 Las Positas Rd.
Livermore, CA 94551

Spheris
Attn: Brian P. Callahan, CFO
720 Cool Springs Blvd., Suite 200
Franklin TN 37067


    I declare under penalty of perjury under the laws of the United States that the above is true and correct.


Executed on: October 23, 2006                      M. Pellerin
                                                                M. Pellerin