MINNIE LOO, Assistant United States Trustee, (SBN 106613)
MARGARET H. MCGEE (SBN 142722)
MATTHEW R. KRETZER (SBN 157949)
LAURENT CHEN (SBN 191661)
UNITED STATES DEPARTMENT OF JUSTICE
Office of the United States Trustee
1301 Clay Street, Suite 690N
Oakland, California 94612-5231
Telephone: (510) 637-3200

Attorneys for Acting United States Trustee
SARA L. KISTLER

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

In re ) Case No. 06-41774 T
)
WEST CONTRA COSTA HEALTHCARE ) Chapter 9
DISTRICT, dba DOCTORS MEDICAL )
CENTER SAN PABLO/PINOLE )
)
Debtor. )

**NOTICE OF APPOINTMENT UNDER 11 U.S.C. § 1102(a)(1) AS INCORPORATED BY 11 U.S.C. § 901(a) OF COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS**

NOTICE IS HEREBY GIVEN that the United States Trustee hereby appoints the creditors, whose names are set forth in Exhibit "1" attached hereto, to serve on the Committee of Creditors holding unsecured claims pursuant to 11 U.S.C. § 1102(a)(1) as incorporated by 11 U.S.C. § 901(a).

NOTICE is also hereby given that the Provisional Committee of Creditors appointed 23 October 2006 and its members are discharged pursuant to the Order Authorizing United States Trustee to Appoint Provisional Committee of Unsecured Creditors entered on October 13, 2006.

Date: 22 December 2006           Respectfully submitted,

                                  Minnie Loo
                                  Minnie Loo
                                  Assistant United States Trustee

Notice of Appt. of Committee of Creditors under 11 U.S.C. § 1102(a)(1): 06-41774T    1

CREDITORS' COMMITTEE UNDER 11 U.S.C. § 1102(a)(1)
INCORPORATED BY 11 U.S.C. § 901(A)
Case No. 06-41774 T

American Red Cross (Attn: Howard Watson, Sr. Collections Analyst)
600 Forest Point Circle
Charlotte, NC 28273
Tel: 704 943 6969
Email: WatsonHo@usa.redcross.org

HFS Consultants (Attn: Richard J. Parsons, Vice President)
505 14th St, 5th fl
Oakland, CA 94612-1912
Tel: 510 768 0066
Fax: 510 768 0044
Email: rparsons@HFSConsultants.com

InPatient Consultants of California (Attn: Bryan Weiss, VP, Finance Business Operations)
4605 N. Lankershim Blvd., Suite 600
North Hollywood, CA 91602
Tel: 818-766-3502
Fax: 818-509-8186
Email: Bweiss@ipcm.com

Medtronic USA, Inc. (Attn: Doug Ernst, Sr. Director Customer Financial Services)
3850 Victoria St. N MSV215
Shoreview, MN 55126
Tel: 763-514-0420
Fax: 763-367-1404
Email: doug.r.ernst@medtronic.com

McKesson Drug, Co.(Attn: Pamela M. Craik, Area Credit Manager)
3775 Seaport Blvd.
W. Sacramento, CA 95691
Tel: 916-373-5222
Fax: 916-373-5268
Email: Pamela.Craik@McKesson.com

Owens & Minor, Inc.(Attn: Jason Goncz, Accounting Manager)
6150 Las Positas Rd.
Livermore, CA 94551
Tel: 925-294-4276
Fax: 925-294-4248
Email: Jason.Goncz@owens-minor.com

Spheris (Attn: Brian P. Callahan, CFO)
720 Cool Springs Blvd., Suite 200
Franklin TN 37067
Tel: 615-261-1551
Fax: 615-261-1792
Email: Bcallahan@spheris.com

EXHIBIT 1

Notice of Appt. of Committee of Creditors under 11 U.S.C. § 1102(a)(1): 06-41774T          2

Case: 06-41774    Doc# 118    Filed: 12/22/06    Entered: 12/22/06 15:41:28    Page 2 of 2